IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

JOSE F. RIVERA,

Worker-Appellant,

v.                                                    NO. 29,153

FOXWORTH-GALBRAITH
LUMBER COMPANY and
GALLAGHER BASSETT
SERVICES, INC. (TPA),

Employer/Insurer-Appellees.

APPEAL FROM THE WORKERS COMPENSATION ADMINISTRATION
Victor S. Lopez, Workers' Compensation Judge

LeeAnn Ortiz
Albuquerque, NM

for Appellant

James P. Barrett
Albuquerque, NM

for Employer/Insurer-Appellees.


MEMORANDUM OPINION

KENNEDY, Judge.

Worker appeals an amended order granting in part his petition for a partial lump-sum payment. We issued a second calendar notice proposing to summarily

dismiss Worker's appeal as premature because the workers' compensation judge (WCJ) has not ruled on Worker's motion for reconsideration. Worker filed a timely memorandum in support, which we have duly considered. For the reasons in the second calendar notice, we dismiss this appeal.

**IT IS SO ORDERED.**

_____
**RODERICK T. KENNEDY, Judge**

**WE CONCUR**:

_____
**JAMES J. WECHSLER, Judge**

_____
**LINDA M. VANZI, Judge**